UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

VOTORANTIM CIMENTOS LTDA,

                          Petitioner,

-v-

OXBOW CARBON AND MINERALS LLC,
SUCCESSOR IN INTEREST BY MERGER TO
APPLIED INDUSTRIAL MATERIALS
CORPORATION,

                          Respondent.
------------------------------------------------------------x

**08 CV 02232**

08 CV

**STATEMENT PURSUANT
TO F.R.C.P 7.1**

RECEIVED
MAR 06 2008
S.D.C. S.D.N.Y.
CASHIERS

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiff, VOTORANTIM CIMENTOS LTDA, certifies that there are no corporate parents, subsidiaries, or affiliates of that party, which are publicly held.

Dated: Port Washington, New York
       March 6, 2008

                                      CHALOS, O'CONNOR & DUFFY, L.L.P.
                                      Attorneys for Plaintiff
                                      VOTORANTIM CIMENTOS LTDA.

                     By: _____
                           George M. Chalos (GC-8693)
                           366 Main Street
                           Port Washington, New York 11050
                           Tel: (516) 767-3600
                           Fax: (516) 767-3605
                           Email: gmc@codus-law.com