IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VOTORANTIM CIMENTOS LTDA, | **08 CV 02232 (LBS)** |
| Petitioner, | |
| - against - | **RULE 7.1 STATEMENT** |
| OXBOW CARBON AND MINERALS LLC, SUCCESSOR IN INTEREST BY MERGER TO APPLIED INDUSTRIAL MATERIALS CORPORATION, | |
| Respondent. | |

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable the Court to evaluate possible disqualification or recusal, the undersigned counsel for Oxbow Carbon and Minerals LLC, Successor in Interest by Merger to Applied Industrial Materials Corporation ("Oxbow"), a private non-governmental party, certifies that:

1.  Oxbow Corporation is the parent corporation of Oxbow Carbon and Minerals LLC; and

2.  No publicly held corporation owns more than 10% of Oxbow Carbon and Minerals LLC's stock.

Dated: New York, New York
       May 23, 2008

PAUL, HASTINGS, JANOFSKY
& WALKER LLP

By: /s/ Lawrence J. Conlan
    Daniel B. Goldman (DG 4503)
    Lawrence J. Conlan (LC 2170)
Attorneys for Respondent Oxbow Carbon and
Minerals LLC
75 East 55th Street
New York, NY  10022-3205
(212) 318-6000

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 23, 2008, the foregoing Rule 7.1 Statement was filed electronically and served upon the following counsel of record by UPS overnight mail in accordance with the Federal Rules of Civil Procedure and the Southern District of New York Local Civil Rules.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

George M. Chalos, Esq.
Chalos, O'Connor & Duffy, LLP
366 Main Street
Port Washington, New York 11050
*Attorneys for Petitioner*

PAUL, HASTINGS, JANOFSKY
  & WALKER LLP

/s/ Lawrence J. Conlan
Lawrence J. Conlan (LC 2170)
75 East 55th Street
New York, New York 10022
(212) 318-6000