UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
VOTORANTIM CIMENTOS LTDA.,

                Petitioner,        08 CV 02232 (LBS)

- against -

OXBOW CARBON AND MINERALS LLC,
SUCCESSOR IN INTEREST BY MERGER
TO APPLIED INDUSTRIAL MATERIALS
CORPORATION

                Respondents.
------------------------------------------------------X

### NOTICE OF CHANGE OF FIRM AFFILIATION & ADDRESS

**PLEASE TAKE NOTICE** that counsel for Petitioner, VOTORANTIM CIMENTOS LTDA., formerly a Member of the firm, Chalos, O∅Connor & Duffy, LLP, has changed his firm affiliation and address, and provides the Court and all counsel of record with the following updated contact details:

        Chalos & Co, P.C.
        123 South Street
        Oyster Bay, NY 11771
        Tel:  + 1 516 714 4300
        Fax:  +1 866 702 4577
        Email:  gmc@chaloslaw.com

The new email address for the undersigned is gmc@chaloslaw.com.

Dated: Oyster Bay, New York     Respectfully submitted,
       June 25, 2008

                                        s/George M. Chalos
                                        CHALOS & CO, P.C.
                                        123 South Street
                                        Oyster Bay, NY 11771
                                        Ph:    516-714 4300
                                        Fax:   866-702-4577
                                        Email: gmc@chaloslaw.com