IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

VOTORANTIM CIMENTOS LTDA,

                         Petitioner,

- against -

OXBOW CARBON AND MINERALS LLC,
SUCCESSOR IN INTEREST BY MERGER TO
APPLIED INDUSTRIAL MATERIALS
CORPORATION,

                         Respondent.

---

**08 CV 02232 (LBS)**

**STIPULATION AND ORDER**

---

IT IS HEREBY STIPULATED AND AGREED, by and between undersigned

counsel that:

1.     This action is dismissed with prejudice, without costs to any party.

2.     This stipulation may be executed in counterparts.

Dated:  September 3, 2008

By:  _____
       Daniel B. Goldman, Esq.
       Paul, Hastings, Janofsky
        & Walker LLP
       75 East 55th Street
       New York, NY 10012

       Attorneys for Respondent
       OXBOW CARBON AND
       MINERALS LLC

Dated:  September 3, 2008

By:  _____
       George Chalos, Esq.
       Chalos & Co., P.C.
       123 South Street
       Oyster Bay, NY 11771

       Attorneys for Petitioner
       VOTORANTIM CIMENTOS LTDA

SO ORDERED

_____
Judge Leonard B. Sand
United States District Court Judge

LEGAL_US_E # 80691241.4