```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-4-08
```

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

VOTORANTIM CIMENTOS LTDA,

                Petitioner,

- against -

OXBOW CARBON AND MINERALS LLC,
SUCCESSOR IN INTEREST BY MERGER TO
APPLIED INDUSTRIAL MATERIALS
CORPORATION,

                Respondent.

---

08 CV 02232 (LBS)

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and between undersigned counsel that:

1. This action is dismissed with prejudice, without costs to any party.

2. This stipulation may be executed in counterparts.

Dated: September 3, 2008

By: _____
Daniel B. Goldman, Esq.
Paul, Hastings, Janofsky
  & Walker LLP
75 East 55th Street
New York, NY 10012

Attorneys for Respondent
OXBOW CARBON AND
MINERALS LLC

Dated: September 3, 2008

By: _____
George Chalos, Esq.
Chalos & Co., P.C.
123 South Street
Oyster Bay, NY 11771

Attorneys for Petitioner
VOTORANTIM CIMENTOS LTDA

SO ORDERED
_____
Judge Leonard B. Sand
United States District Court Judge
9/4/08

LEGAL_US_E # 80691241.4